FILED

06/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0673

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0673

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

RENIE RAYMOND JOSEPH FILLION,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 10, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 12 2020